UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00428

**Johnny Ray Roulett,**
*Plaintiff,*
v.
**Smith County et al.,**
*Defendants.*

### ORDER

This civil rights action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). The magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice for failure to comply with a court order dated December 28, 2020. Doc. 19. A copy of this report was sent to plaintiff at his last-known address, which was returned as "undeliverable." Doc. 20.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendations. Plaintiff's case is **dismissed without prejudice** for failure to comply with a court order.

*So ordered by the court on January 25, 2021.*

J. CAMPBELL BARKER
United States District Judge